### JOHN CUFF'S ADMINISTRATORS v. THE NEWARK AND NEW YORK RAILROAD.

Error to the Supreme Court.

THE CHANCELLOR.    The judgment in this case is affirmed for the reasons in the opinion of the Supreme Court, by Justice Depue, on the motion for a new trial in that court. That opinion is adopted as the opinion of this court.  *See ante page* 17.